

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:        In re Houston Distributing Company, Inc.

Appellate case number:    01-21-00319-CV

Trial court case number:    2017-33373

Trial court:             190th District Court of Harris County

On June 16, 2021, relator, Houston Distributing Company, Inc., filed a petition for writ of mandamus and emergency motion to stay, requesting that we stay a trial scheduled for June 21, 2021. We grant relator's emergency motion to stay the June 21, 2021 trial. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the case in this Court is finally decided or the Court otherwise orders the stay lifted. Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

Further, the Court requests that the real party in interest respond to the petition for writ of mandamus. It is **ordered** that the response of any interested party, if any, shall be due no later than 20 days from the date of this order.

It is so **ORDERED**.


Judge's signature: /s/ Sherry Radack
                     ☒ Acting individually    ☐ Acting for the Court

Date: __June 17, 2021_____